USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2020

PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

February 3, 2020

So ordered. The conference
scheduled for March 20, 2020,
is adjourned to May 1, 2020
at 10:00 am.

VIA FACSIMILE AND ECF

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 14D
New York, New York 10007
Facsimile: (212) 805-7942

Alvin K. Hellerstein
2-3-20

Re:   Jones v. Fox Rothschild LLP et al.; Case No. 1:19-cv-11573-AKH

Your Honor:

We represent Defendant Ian W. Siminoff in the above-referenced action. We write to request an adjournment of the Initial Pretrial Conference currently scheduled for March 20, 2020 [Dkt. 10] due to prescheduled travel on that date for undersigned counsel. This is the first request for an adjournment of the Initial Pretrial Conference, and no other deadlines will be impacted. Counsel for Plaintiff Stephanie Jones and counsel for Defendant Fox Rothschild LLP have consented to this request. All counsel are available on the following dates to reschedule the Initial Pretrial Conference at the Court's convenience: April 24, May 1, May 15, and May 29.

We thank the Court for its consideration of this request.

Respectfully submitted,

Meredith Cavallaro/MKS

Meredith Cavallaro

Cc:   Robert Vance, Esq., counsel for Plaintiff (via ECF and electronic mail)
Tyrone Blackburn, Esq., counsel for Plaintiff (via ECF and electronic mail)
Rosemary Gousman, Esq., counsel for Defendant Fox Rothschild LLP (via electronic mail)
Kathleen Caminiti, Esq., counsel for Defendant Fox Rothschild LLP (via ECF and electronic mail)