UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE JONES,<br><br>                Plaintiff,<br><br>   v.<br><br>FOX ROTHSCHILD LLP and IAN W. SIMINOFF,<br><br>                Defendants. | Civil Action No. 1:19-cv-08624-MKV<br><br>**DEFENDANT FOX ROTHSCHILD LLP'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(3) AND FOR PARTIAL DISMISSAL UNDER FED. R. CIV. P. 12(b)(6)** |

TO:    Tyrone Anthony Blackburn, Esq.
         T. A. Blackburn Law, PLLC
         1242 East 80th Street, 3rd Floor
         Brooklyn, New York 11236

         Robert T. Vance, Jr.
         Law Offices of Robert T. Vance Jr.
         100 South Broad Street, Suite 1525
         Philadelphia, Pennsylvania 19110

         *Attorneys for Plaintiff*

         Meredith Rosen Cavallaro, Esq.
         Courtney Patrice Fain, Esq.
         Paduano & Weintraub, L.L.P.
         1251 Avenue of the Americas
         New York, New York 10020

         *Attorneys for Defendant Ian W. Siminoff*

       PLEASE TAKE NOTICE that Defendant Fox Rothschild LLP ("Defendant") hereby moves the Honorable Alvin K. Hellerstein, U.S.D.J., of the United States District Court for the Southern District of New York, for an Order:

       1.     Dismissing this action under Federal Rule of Civil Procedure 12(b)(3), for improper venue, or transferring this action to the United States District Court for the District of New Jersey; and

2. Dismissing Counts II, III, IV, VI, VII, and VIII of the Complaint (Doc. 2) with prejudice under Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that in support of its motion, Defendant relies upon the following documents, submitted herewith: (1) Memorandum of Law in Support of Defendant Fox Rothschild LLP's Motion to Dismiss or Transfer Under Fed. R. Civ. P. 12(b)(3) and for Partial Dismissal Under Fed. R. Civ. P. 12(b)(6); and (2) Declaration of Kathleen McLeod Caminiti.

PLEASE TAKE FURTHER NOTICE that a proposed Order granting Defendant's motion is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested.

**FISHER PHILLIPS LLP**
Attorney for Defendant Fox Rothschild LLP

By: *s/ Kathleen McLeod Caminiti*
KATHLEEN McLEOD CAMINITI, ESQ.
FISHER PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
(908) 516-1050 (phone)
(908) 516-1051 (fax)
E-Mail: kcaminiti@fisherphillips.com

FISHER PHILLIPS LLP
The New York Times Building
620 Eighth Avenue, 36th Floor
New York, New York  10018

ROSEMARY S. GOUSMAN, ESQ.
(*pending pro hac vice*)
FISHER & PHILLIPS, LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
(908) 516-1050 (phone)
(908) 516-1051 (fax)
E-Mail: rgousman@fisherphillips.com

*Attorneys for Defendant Fox Rothschild LLP*

Dated:  February 15, 2020