United States District Court for the Southern District of New York

| | | |
|---|---|---|
| STEPHANIE JONES, | : | |
| | : | 11573 (Att) |
| Plaintiff, | : | Civil Action No. 1:19-cv-~~08624~~-MKV |
| | : | |
| vs. | : | ORDER RE BRIEFING SCHEDULE FOR |
| | : | DEFENDANT IAN W. SIMINOFF'S |
| | : | MOTION TO DISMISS PLAINTIFF'S |
| | : | COMPLAINT AND |
| FOX ROTHSCHILD LLP and | : | DEFENDANT FOX ROTHSCHILD LLP'S |
| IAN W. SIMINOFF, | : | MOTION TO DISMISS PURSUANT TO |
| | : | FED. R. CIV. P. 12(b)(3) AND FOR |
| Defendants. | : | PARTIAL DISMISSAL UNDER FED. R. |
| | : | CIV. P. 12(b)(6) |

AND NOW, this 2 day of February, 2020, upon consideration of the Letter Motion of

Plaintiffs' Counsel, and Defendants' Counsels' consent thereto, it is hereby ORDERED that the

time for Plaintiff to answer Defendant Fox Rothschild LLP's Motion to Dismiss Pursuant to Fed.

R. Civ. P. 12(b)(3) and for Partial Dismissal Under Fed. R. Civ. P. 12(b)(6) and Defendant Ian

W. Siminoff's Motion to Dismiss Plaintiff's Complaint shall be enlarged to and including March

16, 2020. It is further ORDERED that the time for Defendants to file their Reply Briefs, if any,

shall be enlarged to and including April 3, 2020.

BY THE COURT:

_____
                    J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020