# EXHIBIT # A

Jones, Stephanie L.

**From:** Albert, Elli
**Sent:** Thursday, February 04, 2016 10:35 AM
**To:** Jones, Stephanie L.
**Subject:** RE: Today

I will speak with him.

---

**From:** Jones, Stephanie L.
**Sent:** Thursday, February 04, 2016 10:32 AM
**To:** Albert, Elli
**Subject:** RE: Today

Transparency, immediate discussion to move forward in a positive direction without the undermining of morale is always my first choice. As you might imagine I am concerned that he could retaliate. I don't need things to get harder.

---

**From:** Albert, Elli
**Sent:** Thursday, February 04, 2016 8:54 AM
**To:** Jones, Stephanie L.
**Subject:** RE: Today

I have digested your email. Would you like me to speak with Michael? I think that would be worthwhile to bring these things to his attention. Fair enough?

---

**From:** Jones, Stephanie L.
**Sent:** Wednesday, February 03, 2016 5:48 PM
**To:** Albert, Elli
**Subject:** Today

Elli,

This is an example of Michael requesting something of me without being clear. He sent the first email and all of the subsequent emails from behind closed doors while on a conference call. I sent him information to attempt to satisfy him until I could speak to him. That info was incorrect and he basically was dismissive and demeaning and in essence called me stupid. After he opened his door I found what he wanted in 30 seconds. The information he wanted was sent on 12/17/15. Unnecessary on his part and what I deal with constantly.

I am going to keep looping you into my World here. Additionally, something that has been bothering me a lot is that Michael sings "Me and Mrs. Jones" to me. Because this is a song about an illicit affair I again find uncomfortable and inappropriate. His latest "joke" is him telling me that I "would be locked in a stockade in a different time for my errors". Again, totally inappropriate and unnecessary and unfunny.

1