# EXHIBIT # B

Gmail - Fwd: Today

Let us talk tomorrow.

Sent from my iPhone, please excuse my typos.

On Feb 3, 2016, at 5:54 PM, Albert, Elli <ealbert@foxrothschild.com> wrote:

[Quoted text hidden]

---

**Albert, Elli** <ealbert@foxrothschild.com>  Wed, Feb 3, 2016 at 7:59 PM
To: Mbarabander <mbarabander@gmail.com>

I think no meeting or apology, as I don't want her aware that I shared the comments. Just wanted you to know to avoid humor with her as it seems she is easily offended.

As to the other issue, she is interpreting your comments in a way that suits her. I don't know what to say. This is just a relationship that doesn't work on many levels.

Elli Albert, Office Administrator
Fox Rothschild LLP
973-994-7534

-------- Original Message --------
From: Mbarabander <mbarabander@gmail.com>
Date: Wed, Feb 3, 2016, 7:49 PM
To: "Albert, Elli" <ealbert@foxrothschild.com>

[Quoted text hidden]

---

**Mbarabander** <mbarabander@gmail.com>  Wed, Feb 3, 2016 at 8:05 PM
To: "Albert, Elli" <ealbert@foxrothschild.com>

Can you call me now

Sent from my iPhone, please excuse my typos.
[Quoted text hidden]

---

**Albert, Elli** <ealbert@foxrothschild.com>  Wed, Feb 3, 2016 at 8:06 PM
To: Mbarabander <mbarabander@gmail.com>

Number?

Elli Albert, Office Administrator
Fox Rothschild LLP
973-994-7534

-------- Original Message --------
From: Mbarabander <mbarabander@gmail.com>
[Quoted text hidden]

---

**Mbarabander** <mbarabander@gmail.com>  Wed, Feb 3, 2016 at 8:07 PM
To: "Albert, Elli" <ealbert@foxrothschild.com>