# EXHIBIT # C

Gmail - FW: Fwd:            Page 1 of 2

 **Gmail**        Michael Barabander <mbarabander@gmail.com>

### FW: Fwd:
2 messages

**Albert, Elli** <ealbert@foxrothschild.com>      Wed, Feb 17, 2016 at 4:50 PM
To: Mbarabander <mbarabander@gmail.com>

Be careful not to use Fox account for these emails.

Did she finally respond?



https://mail.google.com/mail/u/0/?ui=2&ik=056f8b821d&view=pt&q=ealbert%40foxroth...   10/20/2016