# EXHIBIT # D

