**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 6, 2021

**VIA ECF**

Magistrate Judge Leda D. Wettre
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 3C
Newark, New Jersey 07102

Re:   Jones v. Fox Rothschild LLP et al.; Case No. 2:20-cv-06312-SDW-LDW

Your Honor:

      We represent Defendant Ian W. Siminoff ("Siminoff") in the above-referenced matter. We write jointly with counsel for Plaintiff Stephanie Jones ("Plaintiff") and Defendant Fox Rothschild LLP ("Fox" and, with Siminoff, "Defendants") regarding the briefing schedule for Plaintiff's motion for leave to amend the complaint, filed on October 1, 2021 [Dkt. 70] (the "Motion"). The Motion was noticed without a motion return date. The parties respectfully request that the Court set the motion date for December 6, 2021, with Defendants' oppositions due on November 22, 2021 and Plaintiff's reply due on November 29, 2021.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      /s/ Meredith Cavallaro

      Meredith Cavallaro

Cc:   All Counsel of Record (via ECF and electronic mail)