UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
STEPHANIE JONES,                              )
                                              )
    Plaintiff,                                 )    Case No. 2:20-cv-06312-SDW-LDW
                                              )
v.                                            )
                                              )
FOX ROTHSCHILD LLP and                        )
IAN W. SIMINOFF,                              )
                                              )
    Defendants.                               )
---------------------------------------------------------x

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Civil Rule 101.1(c) of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey and upon the Certification of Courtney Fain filed herewith, the undersigned respectfully moves for the admission *pro hac vice* of Courtney Fain of the law firm of Paduano & Weintraub, LLP, 1251 Avenue of the Americas, Ninth Floor, New York, NY 10020, Telephone: 212-785-9100, for purposes of appearance as co-counsel on behalf of Defendant Ian W. Siminoff in the above-captioned action, and in support thereof states as follows:

1. Courtney Fain is not admitted to practice in the District of New Jersey and is a member in good standing of the State Bar of New York. A true and correct copy of a Certificate of Good Standing issued by the Appellate Division of the Supreme Court of the State of New York, First Judicial Department is annexed hereto as Exhibit A.

2. Movant, Meredith Cavallaro, Esq. of the law firm of Paduano & Weintraub, LLP, 1251 Avenue of the Americas, Ninth Floor, New York, NY 10020, Telephone: 212-785-9100, is a member in good standing of the New Jersey Bar and the United States District Court for the District of New Jersey and is authorized to file through the Court's electronic filing system.

3. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Courtney Fain will submit payment of this Court's $150 admission fee upon the granting of this motion.

WHEREFORE, Meredith Cavallaro moves this Court for the entry of an Order permitting Courtney Fain to appear before this Court on behalf of Defendant Ian W. Siminoff for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Courtney Fain.

Dated:   October 27, 2021

                                  Respectfully submitted,

                                  By: *s/ Meredith Cavallaro*
                                      Meredith Cavallaro
                                  Paduano & Weintraub LLP
                                  1251 Avenue of the Americas, Ninth Floor
                                  New York, New York 10020
                                  Tel: (212) 785-9100
                                  Fax: (212) 785-9099
                                  mc@pwlawyers.com

                                  Attorney for Defendant
                                  Ian W. Siminoff