**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHANIE JONES, | |
| Plaintiff, | Case No. 2:20-cv-06312-SDW-LDW |
| v. | |
| FOX ROTHSCHILD LLP and IAN W. SIMINOFF, | **CERTIFICATION OF ROSEMARY S. GOUSMAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT** |
| Defendants. | |

ROSEMARY S. GOUSMAN, of full age, hereby certifies as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am also a partner in the law firm Fisher & Phillips LLP, attorneys for Defendant Fox Rothschild LLP in the above matter, and have primary responsibility for its defense.  In that capacity, I have personal knowledge of the facts set forth in this Certification.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Docket of Plaintiff's appeal of this matter to the Third Circuit.

3.      Attached hereto as **Exhibit B** is a true and correct of the Third Circuit's November 25, 2020 Order listing Plaintiff's appeal for possible dismissal for lack of appellate jurisdiction (Third Circuit Docket Entry 3).

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Third Circuit's June 30, 2021 Order and Entry of Judgment dismissing Plaintiff's appeal for lack of appellate jurisdiction (Third Circuit Docket Entry 16).

1

2

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true

and correct

Executed on October 29, 2021.

s/Rosemary S. Gousman
ROSEMARY S. GOUSMAN

FP 42098214.2

# Exhibit A

**General Docket**
**Third Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 20-3388 | **Docketed:** 11/25/2020 |
| **Nature of Suit:** 3442 Jobs | **Termed:** 06/30/2021 |
| Stephanie Jones v. Fox Rothschild LLP, et al | |
| **Appeal From:** United States District Court for the District of New Jersey | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** civil rights

**Originating Court Information:**
   **District:** 0312-2 : 2-20-cv-06312
   **Trial Judge:** Susan D Wigenton, U.S. District Judge
   **Date Filed:** 05/26/2020

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: |
|---|---|---|
| 10/21/2020 | 10/21/2020 | 11/20/2020 |

**Prior Cases:**
   None

**Current Cases:**
   None

STEPHANIE JONES
         Plaintiff - Appellant

Tyrone A. Blackburn, Esq.
Direct: 347-342-7432
Email: tyrone.a.blackburn@gmail.com
[Retained]
3rd Floor
1242 East 80th Street
Brooklyn, NY 11236

Robert T. Vance, Jr., Esq.
Direct: 215-557-9550
Email: rvance@vancelf.com
Fax: 215-557-9552
[COR NTC Retained]
Suite 910
100 South Broad Street
Land Title Building
Philadelphia, PA 19110

v.

FOX ROTHSCHILD LLP
         Defendant - Appellee

Kathleen M. Caminiti, Esq.
Direct: 908-516-1062
Email: kcaminiti@fisherphillips.com
Fax: 908-516-1101
[Retained]
Fisher & Phillips
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

Rosemary S. Gousman, Esq.
Direct: 908-516-1050
Email: rgousman@fisherphillips.com
Fax: 908-516-1051
[COR NTC Retained]
Fisher & Phillips
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

David J. Treibman, Esq.

Direct: 908-516-1050
Email: dtreibman@fisherphillips.com
Fax: 908-516-1051
[COR NTC Retained]
Fisher & Phillips
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

IAN W. SIMINOFF
        Defendant - Appellee

Courtney P. Fain, Esq.
Direct: 212-785-9100
Email: cf@pwlawyers.com
Fax: 212-785-9099
[COR NTC Retained]
Paduano & Weintraub
1251 Avenue of the Americas
9th Floor
New York, NY 10020

Meredith Rosen-Cavallaro, Esq.
Direct: 212-785-9100
Email: mc@pwlawyers.com
[COR NTC Retained]
Paduano & Weintraub
1251 Avenue of the Americas
9th Floor
New York, NY 10020

STEPHANIE JONES,
  Appellant

v.

FOX ROTHSCHILD LLP; IAN W. SIMINOFF

| | | |
|---|---|---|
| 11/25/2020 | ☐ 1<br>14 pg, 423.55 KB | CIVIL CASE DOCKETED. Notice filed by Appellant Stephanie Jones in District Court No. 2-20-cv-06312. (AMR) [Entered: 11/25/2020 03:24 PM] |
| 11/25/2020 | ☐ 2 | RECORD available on District Court CM/ECF. (AMR) [Entered: 11/25/2020 03:30 PM] |
| 11/25/2020 | ☐ 3<br>1 pg, 62.65 KB | ORDER (Clerk) advising that the case has been listed for possible dismissal due to jurisdictional defect. (AMR) [Entered: 11/25/2020 03:39 PM] |
| 12/01/2020 | ☐ 4<br>1 pg, 82.77 KB | ECF FILER: ENTRY OF APPEARANCE from Rosemary S. Gousman on behalf of Appellee(s) Fox Rothschild LLP. [20-3388] (RSG) [Entered: 12/01/2020 03:00 PM] |
| 12/01/2020 | ☐ 5<br>1 pg, 82.78 KB | ECF FILER: ENTRY OF APPEARANCE from David J. Treibman on behalf of Appellee(s) Fox Rothschild LLP. [20-3388] (DJT) [Entered: 12/01/2020 03:02 PM] |
| 12/03/2020 | ☐ 6<br>1 pg, 152.56 KB | ECF FILER: ENTRY OF APPEARANCE from Meredith Cavallaro on behalf of Appellee(s) Ian W. Siminoff. [20-3388] (MR) [Entered: 12/03/2020 12:54 PM] |
| 12/03/2020 | ☐ 7<br>1 pg, 151.96 KB | ECF FILER: ENTRY OF APPEARANCE from Courtney Fain on behalf of Appellee(s) Ian W. Siminoff. [20-3388] (CPF) [Entered: 12/03/2020 12:58 PM] |
| 12/07/2020 | ☐ 8<br>1 pg, 351.77 KB | ECF FILER: Transcript Purchase Order Form (Part 1) filed by Appellant Stephanie Jones advising this court that transcripts are not needed. [20-3388] (RTV) [Entered: 12/07/2020 04:21 PM] |
| 12/07/2020 | ☐ 9<br>1 pg, 325.01 KB | ECF FILER: ENTRY OF APPEARANCE from Robert T Vance Jr on behalf of Appellant(s) Stephanie Jones. [20-3388] (RTV) [Entered: 12/07/2020 04:22 PM] |
| 12/07/2020 | ☐ 10<br>11 pg, 1.63 MB | ECF FILER: Concise Summary of the Case filed by Appellant Stephanie Jones. [20-3388] (RTV) [Entered: 12/07/2020 04:24 PM] |
| 12/07/2020 | ☐ 11<br>2 pg, 458.88 KB | ECF FILER: CIVIL INFORMATION STATEMENT on behalf of Appellant Stephanie Jones. [20-3388] (RTV) [Entered: 12/07/2020 04:25 PM] |
| 12/08/2020 | ☐ 12<br>2 pg, 340.29 KB | ECF FILER: DISCLOSURE STATEMENT on behalf of Appellant Stephanie Jones. [20-3388] (RTV) [Entered: 12/08/2020 12:11 PM] |
| 12/09/2020 | ☐ 13<br>10 pg, 201.97 KB | ECF FILER: Response filed by Appellee Fox Rothschild LLP to clerk order. Certificate of Service dated 12/09/2020. [20-3388] (RSG) [Entered: 12/09/2020 03:40 PM] |
| 12/09/2020 | ☐ 14<br>6 pg, 195.11 KB | ECF FILER: Response filed by Appellant Stephanie Jones to the Order Dated November 25, 2020. [20-3388]--[Edited 05/06/2021 by CJG] (RTV) [Entered: 12/09/2020 04:52 PM] |
| 12/09/2020 | ☐ 15<br>11 pg, 246.4 KB | ECF FILER: Response filed by Appellee Ian W. Siminoff to clerk order advising of possible dismissal. Certificate of Service dated 12/09/2020. [20-3388] (CPF) [Entered: 12/09/2020 05:54 PM] |
| 06/30/2021 | ☐ 16<br>4 pg, 148.58 KB | ORDER (RESTREPO, MATEY and SCIRICA, Circuit Judges) The appeal is dismissed for lack of appellate jurisdiction. The plaintiff appealed an order dismissing most—but not all—of her claims. In particular, her Title VII claim against one defendant was not dismissed. This is not an appealable "final decision[]" under 28 U.S.C. § 1291. The plaintiff does not contend the order is otherwise immediately appealable. This does not prejudice the plaintiff's right to seek a certification under Federal Rule of Civil Procedure 54(b). Such relief must be sought from the district court, not this Court. Panel No.: CCO-088. Scirica, Authoring Judge. (SB) [Entered: 06/30/2021 11:15 AM] |

Clear All

● **Documents and Docket Summary**
○ **Documents Only**

☐ **Include Page Numbers**

**Selected Pages:** 0      **Selected Size:** 0 KB

View Selected

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Third Circuit - 10/22/2021 17:01:28 | | | |
| **PACER Login:** | fisher32 | **Client Code:** | 09628.0135/0397/ |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 20-3388 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit B

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **20-3388**

Jones v. Fox Rothschild LLP
(D.N.J. No. 2:20-cv-06312)

**ORDER**

The above-captioned appeal is from the district court's October 21, 2020, order. This order does not appear to have fully dismissed count I of the plaintiff's complaint, and it granted leave to amend other claims. The order may therefore not be final within the meaning of 28 U.S.C. § 1291 or otherwise appealable. See, e.g., Berckeley Inv. Grp., Ltd., v. Colkitt, 259 F.3d 135, 140 (3d Cir. 2001) ("Ordinarily, an order which terminates fewer than all claims, or claims against fewer than all parties, does not constitute a 'final' order."). All parties must file written responses addressing this issue within fourteen days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 25, 2020
Cc: All Counsel of Record

# Exhibit C

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-088

No. 20-3388

Stephanie Jones,
Appellant

v.

Fox Rothschild LLP; Ian W. Siminoff
(D.N.J. No. 2-20-cv-06312)

Present:  RESTREPO, MATEY and SCIRICA, Circuit Judges

1.  Clerk's Submission for Possible Jurisdictional Defect;

2.  Response filed by Appellee, Fox Rothschild to address the issue of appellate jurisdiction;

3.  Response filed by Appellant regarding jurisdiction

4.  Response filed by Appellee, Ian W. Siminoff to address the issue of appellate jurisdiction

Respectfully,
Clerk/sb

_____ORDER_____

The plaintiff appealed an order dismissing most—but not all—of her claims.  In particular, her Title VII claim against one defendant was not dismissed.  This is not an appealable "final decision[]" under 28 U.S.C. § 1291.  See, e.g., Berckeley Inv. Grp., Ltd., v. Colkitt, 259 F.3d 135, 140 (3d Cir. 2001) ("Ordinarily, an order which terminates fewer than all claims, or claims against fewer than all parties, does not constitute a 'final' order.").  The plaintiff does not contend the order is otherwise immediately appealable. The appeal is therefore DISMISSED for lack of appellate jurisdiction.

This does not prejudice the plaintiff's right to seek a certification under Federal Rule of Civil Procedure 54(b).  Such relief must be sought from the district court, not this Court.  See Fed. R. Civ. P. 54(b); Elliott v. Archdiocese of N.Y., 682 F.3d 213, 219–23 (3d Cir. 2012); Berckeley Inv. Grp., Ltd., 259 F.3d at 140–41, 145.

By the Court,

s/Anthony J. Scirica
Circuit Judge

Dated: June 30, 2021
Sb/cc:  All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏꜰ Aᴘᴘᴇᴀʟs
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 30, 2021

Courtney P. Fain, Esq.
Paduano & Weintraub
1251 Avenue of the Americas
9th Floor
New York, NY 10020

Rosemary S. Gousman, Esq.
Fisher & Phillips
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

Meredith Rosen-Cavallaro, Esq.
Paduano & Weintraub
1251 Avenue of the Americas
9th Floor
New York, NY 10020

David J. Treibman, Esq.
Fisher & Phillips
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

Robert T. Vance Jr., Esq.
100 South Broad Street
Land Title Building
Suite 910
Philadelphia, PA 19110

RE: Stephanie Jones v. Fox Rothschild LLP, et al
Case Number: 20-3388

District Court Case Number: 2-20-cv-06312

ENTRY OF JUDGMENT

Today, **June 30, 2021** the Court issued a case dispositive order in the above-captioned matter which serves as this Court's judgment. Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,


s/Patricia S. Dodszuweit,
Clerk

By: Stephanie
Case Manager
267-299-4926