

# T. A. BLACKBURN LAW

### TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY, & DNJ

1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

March 14, 2022

**Via ECF**
The Honorable Susan D. Wigenton
50 Walnut St #4015
Newark, NJ 07102

Re: **Jones. v. Fox Rothschild, et al. No. 2:20-cv-06312 SDW-LDW**

Dear Judge Wigenton,

This firm represents Plaintiff Stephanie Jones in the above-referenced matter.  On February 19, 2022, we wrote a letter to the court respectfully requesting the Court stay the proceedings and allow Plaintiff to file a Motion for Entry of Final Judgment pursuant to Fed. R. Civ. P. 54(B), and for Certification of Interlocutory appeal pursuant to 28 U.S.C. § 1292(b).  The basis for this request's stems from a clear split in this District concerning the applicability of N.J.S.2A:14-2B, and section 2A:14-2a(a)(1) of New Jersey P.L. 2019, c. 120 (S477 SCS[1]) ("The Statute") to Plaintiff's claims.

On February 25, 2022, Defendant Fox Rothschild filed a letter opposing Plaintiff's request.  The letter cited no case law to support their opposition and was tantamount to a toddler throwing a

---

[1] It is important to note that every state court in New Jersey which have assessed the applicability of N.J.S.2A:14-2B, and section 2A:14-2a(a)(1) of New Jersey P.L. 2019, c. 120 (S477 SCS) to actions that are time-barred due to NJLAD's two-year statute of limitation, have all ruled that The Statute's two- year lookback window does apply to time-barred NJLAD claims.

📞 347-342-7432   ✉ tblackburn@tablackburnlaw.com   🌐 TABlackburnlaw.com

1



# T. A. BLACKBURN LAW

temper tantrum.  At the end of their opposition letter, they requested that the court set a briefing schedule for the Motion for Entry of Final Judgment.

Plaintiff agrees with Defendant Fox Rothschild, and respectfully request that the court sets a briefing schedule for this motion.  Plaintiff respectfully requests this Court stay the proceedings and allow Plaintiff to file a Motion for Entry of Final Judgment pursuant to Fed. R. Civ. P. 54(B), and for Certification of Interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All counsel of record (via ECF)

347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com

2