UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHANIE JONES,<br><br>                  Plaintiffs<br><br>v.<br><br>FOX ROTHSCHILD LLP,<br><br>                  Defendant. | Case No. 2:20-cv-06312-EP-LDW<br><br>**CONSENT ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Plaintiff Stephanie Jones and Defendant Fox Rothschild LLP, by their undersigned attorneys, hereby stipulate and agree that any and all claims filed herein by any party against any other party should and hereby are dismissed with prejudice and without costs or attorneys' fees against any party.

By: _____
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
Phone: (347) 427-5999
E-mail: tblackburn@tablackburnlaw.com
*Attorneys for Plaintiff*

Dated: 11/29/2022

By: _____
Rosemary S. Gousman, Esq.
Fisher & Phillips LLP
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
Phone: (908) 516-1050
E-mail: rgousman@fisherphillips.com
*Attorneys for Defendant*

Dated: 12/20/22

**SO ORDERED:**

_____
Honorable Evelyn Padin, U.S.D.J.

10

Error! Unknown document property name.